Dismissed and Memorandum Opinion filed March 23, 2006









Dismissed and Memorandum Opinion filed March 23, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00211-CR



 

____________

 

MELVIN
MATOS, Appellant

 

V.

 

THE
STATE OF TEXAS, Appellee

_______________________________________________

 

On Appeal from the 185th District Court

Harris County, Texas

Trial Court Cause No. 1044021

_______________________________________________

 

M E M O R A N D U M   O P I N I O N








This is an attempted appeal from an order of dismissal signed
October 27, 2005.  The State had moved to
dismiss this case based on appellant=s convictions in cause numbers
1037333 and 1044022.  Appellant filed a
notice of appeal listing all three cause numbers.[1]  Generally, an appellate court only has
jurisdiction to consider an appeal by a criminal defendant where there has been
a final judgment of conviction.  Workman
v. State, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); McKown v.
State, 915 S.W.2d 160, 161 (Tex. App.CFort Worth 1996, no pet.).  There is no final judgment of conviction in
this case, and we lack jurisdiction over a criminal defendant=s appeal from an order dismissing a
case. 

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed March 23, 2006.

Panel consists of Chief Justice
Hedges and Justices Yates and Guzman. 

Do Not PublishCTex. R. App. P. 47.2(b).

 

 

 











[1]  The appeals in
cause numbers 1037333 and 1044022 were dismissed because the trial court
certified that they were plea bargain cases and the defendant had no right of
appeal.  See Matos v. State, Nos.
14-05-01157-CR & 14-05-01158-CR (Tex. App.CHouston
[14th Dist.] March 2, 2006, no pet. h.) (not designated for publication).  This appeal was not assigned to this court
until March 3, 2006, after the opinion in the other appeals had issued.